WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Robbins, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 637-2345; Fax: (702) 946-1345
lrobbins@wrightlegal.net
*Attorneys for Plaintiff, Wells Fargo Bank, N.A., as Trustee, on behalf of the Holders of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE HARBORVIEW MORTGAGE LOAN TRUST MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2006-12,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; FIDELITY NATIONAL TITLE INSURANCE COMPANY; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02254-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME PERIOD TO RESPOND TO MOTION TO DISMISS [ECF No. 11]**<br><br>**[Second Request]** |

Plaintiff, Wells Fargo Bank, N.A., as Trustee, on behalf of the Holders of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12 ("Wells Fargo"), and Defendant Fidelity National Title Insurance Company ("Fidelity National"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On December 14, 2020, Wells Fargo filed its Complaint in Eighth Judicial District Court, Case No. A-20-824862-C [ECF No. 1-1];

2. On December 14, 2020, Fidelity National filed its Petition for Removal to this Court [ECF No. 1];

3. On January 20, 2021, Fidelity National filed a Motion to Dismiss [ECF No. 11];

4. Wells Fargo's deadline to respond to Fidelity National's Motion to Dismiss is currently March 4, 2021 [ECF No. 18];

5. Wells Fargo's counsel is requesting an extension until April 3, 2021, to file its response to the pending Motion to Dismiss;

6. This extension is requested to allow Wells Fargo additional time to finalize and file its response to the pending Motion to Dismiss as lead handling counsel for Wells Fargo continues to recover from an unexpected medical emergency and an associate attorney for Wells Fargo has recently contracted COVID-19.

7. Counsel for Fidelity National does not oppose the requested extension;

8. This is the second request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 3rd day of March, 2021. | DATED this 3rd day of March, 2021. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | SINCLAIR BRAUN LLP |
| /s/ Lindsay D. Robbins, Esq. | /s/ Kevin S. Sinclair, Esq. |
| Darren T. Brenner, Esq. | Kevin S. Sinclair, Esq. |
| Nevada Bar No. 8386 | Nevada Bar No. 12277 |
| Lindsay D. Robbins, Esq. | 16501 Ventura Boulevard, Suite 400 |
| Nevada Bar No. 13474 | Encino, California 91436 |
| 7785 W. Sahara Ave., Suite 200 | *Attorney for Defendants, Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company* |
| Las Vegas, NV 89117 | |
| *Attorneys for Plaintiff, Wells Fargo Bank, N.A., as Trustee, on behalf of the Holders of the Harborview Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-12* | |

**IT IS SO ORDERED.**

Dated this __4th__ day of March, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE