# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No.: 2:20-cv-02254-APG-BNW |
| Plaintiff | **Order Denying Motions to Dismiss Without Prejudice** |
| v. | [ECF No. 11, 12] |
| FIDELITY NATIONAL TITLE GROUP, INC. and FIDELITY NATIONAL TITLE INSURANCE COMPANY, | |
| Defendants | |

In light of the parties' stipulation to stay this case pending a decision in *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332 (District Court Case No. 3:19-cv-00241-MMD-WGC),

I ORDER that defendant Fidelity National Title Insurance Company's two motions to dismiss **(ECF No. 11, 12) are DENIED** without prejudice to refile them after the stay is lifted.

DATED this 22nd day of April, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE