1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No.: 2:20-CV-02254-ART-BNW |
| Plaintiff, | **ORDER GRANTING** |
| vs. | **STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| FIDELITY NATIONAL TITLE GROUP, INC. et al., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Wells Fargo Bank, N.A. and defendants Fidelity National Title Group, Inc. and Fidelity National Title Insurance Company stipulate to the **DISMISSAL WITH PREJUDICE** of this action, with each party to bear its own fees and costs.

Dated: April 22, 2024	SINCLAIR BRAUN KARGHER LLP

By:   */s/-Kevin S. Sinclair*
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC.;
AND FIDELITY NATIONAL TITLE
INSURANCE COMPANY

Dated: April 22, 2024	WRIGHT FINLAY & ZAK LLP

By:   */s/-Christina V. Miller*
CHRISTINA V. MILLER
Attorneys for Plaintiff
WELLS FARGO BANK, N.A.

**IT IS SO ORDERED.**

_____
THE HON. ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED: April 23, 2024